May 14, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **13-80108-CR-HURLEY/HOPKINS**

18 U.S.C. § 371
18 U.S.C. § 641
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

BRANDON JEROME JAMES, and
LARON LANECE LARKIN,

    Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Steal Government Property
### (18 U.S.C. § 371)

From on or about August 7, 2012, the exact date being unknown to the Grand Jury, through on or about August 31, 2012, in Palm Beach County and Broward County, in the Southern District of Florida, and elsewhere, the defendants

**BRANDON JEROME JAMES, and
LARON LANECE LARKIN,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to commit an offense against the United

States, that is, to knowingly receive, conceal and retain, with the intent to convert to their own use and gain, a thing of value of the United States and a department and agency thereof, the aggregate amount of which exceeded $1,000.00, that is, United States Department of Treasury tax refunds, knowing the tax refunds to have been embezzled, stolen, purloined and converted in violation of Title 18, United States Code, Section 641.

## PURPOSE AND OBJECT OF THE CONSPIRACY

1.  It was the purpose and object of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by obtaining United States Department of Treasury Federal income tax refunds to which they were not entitled.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

2.  The defendants and their co-conspirators would submit false and fraudulent federal income tax returns to the United States Department of Treasury in the names of and using the social security account numbers of individuals without their knowledge or consent. The defendants and their co-conspirators purchased debit cards at or around the same time as the fraudulent refund claims were filed for the purpose of receiving the fraudulent refunds. The defendants and the co-conspirators then directed the United States Department of Treasury, through its agency, the Internal Revenue Service, (IRS), to forward the refunds to the designated pre-purchased debit card accounts that they controlled. The debit card accounts were fraudulently opened in the name of real taxpayers using a means of identification such as Social

Security account numbers and actual dates of birth, without the knowledge or consent of the taxpayers.

3. Based upon the false and fraudulent federal income tax returns submitted, the United States Department of Treasury issued income tax refunds unbeknownst to the individuals whose names and Social Security account numbers were fraudulently used, and the IRS sent the refunds electronically to the pre-purchased debit cards controlled by the defendants and their co-conspirators.

4. On various dates, at various times and locations within the Southern District of Florida and elsewhere, the co-conspirators received, concealed and retained, with the intent to convert to their own use and gain, federal income tax refunds which were monies of the United States in excess of $1,000. The co-conspirators received these monies by utilizing the debit cards to make point of sale purchases and to withdraw cash at automatic teller machines (ATMs), at various locations within the Southern District of Florida and elsewhere.

## OVERT ACTS

In furtherance of the conspiracy, at least one of the defendants and/or a co-conspirator committed and caused to be committed in the Southern District of Florida at least one of the following overt acts, among others:

5. On or about August 23, 2012, BRANDON JEROME JAMES took possession of a wire transfer of a fraudulently obtained tax refund in the name M.D. in the amount of $7,374.

6. On various dates between August 25, 2012 and August 31, 2012, in Palm Beach and Broward Counties, and elsewhere, a co-conspirator made cash withdrawals on the debit card relating to M.D. totaling more than $5,000.

7. On or about August 26, 2012, BRANDON JEROME JAMES took possession of a wire transfer of a fraudulently obtained tax refund in the name C.A. in the amount of $7,374.

8. On or about August 26, 2012, BRANDON JEROME JAMES took possession of a wire transfer of a fraudulently obtained tax refund in the name C.H. in the amount of $7,374.

9. On or about August 26, 2012, BRANDON JEROME JAMES took possession of a wire transfer of a fraudulently obtained tax refund in the name A.P. in the amount of $7,374.

10. On or about August 26, 2012, BRANDON JEROME JAMES took possession of a wire transfer of a fraudulently obtained tax refund in the name M.K. in the amount of $7,268.

11. On various dates between August 27, 2012 and August 31, 2012, in Palm Beach and Broward Counties, and elsewhere, a co-conspirator made cash withdrawals on the debit card relating to C.A. totaling more than $1,000.

12. On various dates between August 27, 2012 and August 31, 2012, in Palm Beach and Broward Counties, and elsewhere, a co-conspirator made cash withdrawals on the debit card relating to A.P. totaling more than $1,000.

13. On various dates between August 27, 2012 and August 31, 2012, in Palm Beach and Broward Counties, and elsewhere, a co-conspirator made cash withdrawals on the debit card relating to C.H. totaling more than $5,000.

14. Between August 28, 2012 and August 31, 2012, LARON LANECE LARKIN traveled within and outside the Southern District of Florida and participated in making cash withdrawals of fraudulent tax refund proceeds.

15. On various dates between August 27, 2012 and August 31, 2012, in Palm Beach and Broward Counties, and elsewhere, a co-conspirator made cash withdrawals on the debit card relating to M.K. totaling more than $1,000.

16. On August 31, 2012, LARON LANECE LARKIN conducted a cash withdrawal of at least $200 consisting of fraudulent tax refund proceeds in the name of M.D. in Boca Raton, FL.

17. On August 31, 2012, a co-conspirator conducted a cash withdrawal of $200 on the debit card relating to C.A.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2- 6
## Theft of Public Money
## (18 U.S.C. § 641)

Between on or about August 26, 2012 and August 31, 2012, the exact dates being unknown to the Grand Jury, in Palm Beach County and Broward County, in the Southern District of Florida, the defendants,

**BRANDON JEROME JAMES, and
LARON LANECE LARKIN,**

did knowingly receive, conceal and retain, with the intent to convert to their own use and gain a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, United States Department of Treasury tax refunds issued by the Internal Revenue Service as set forth in each count below knowing the tax refunds to have been embezzled, stolen, purloined and converted:

| COUNT | REFUND AMOUNT |
|---|---|
| 2 | $7,374 in the name of taxpayer M.D. |
| 3 | $7,268 in the name of taxpayer M.K. |
| 4 | $7,374 in the name of taxpayer C.A. |
| 5 | $7,374 in the name of taxpayer A.P. |
| 6 | $7,374 in the name of taxpayer C.H. |

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 7
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

Between on or about August 23, 2012 and August 31, 2012, the exact date being unknown to the Grand Jury, in Palm Beach County, and Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BRANDON JEROME JAMES, and
LARON LANECE LARKIN,**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing and retaining with the intent to convert to their own use and gain a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund issued by the Internal Revenue Service, knowing the refund to have been embezzled, stolen, purloined and converted as set forth above in Count 2, did knowingly transfer, possess and use, without lawful authority, the means of identification of another person, namely, the name and social security number XXX-XX-8010 of M.D., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 8
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

Between on or about August 26, 2012 and August 31, 2012, the exact date being unknown to the Grand Jury, in Palm Beach County, and Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BRANDON JEROME JAMES, and
LARON LANECE LARKIN,**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing and retaining with the intent to convert to their own use and gain a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund issued by the Internal Revenue Service, knowing the refund to have been embezzled, stolen, purloined and converted as set forth above in Count 3, did knowingly transfer, possess and use, without lawful authority, the means of identification of another person, namely, the name and social security number XXX-XX-2318 of M.K., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 9
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

Between on or about August 26, 2012 and August 31, 2012, the exact date being unknown to the Grand Jury, in Palm Beach County, St. Lucie County, Broward County, and other locations in the Southern District of Florida, and elsewhere, the defendants,

**BRANDON JEROME JAMES, and**
**LARON LANECE LARKIN,**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing and retaining with the intent to convert to their own use and gain a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund issued by the Internal Revenue Service, knowing the refund to have been embezzled, stolen, purloined and converted as set forth above in Count 4, did knowingly transfer, possess and use without lawful authority the means of identification of another person, namely, the name and

social security number XXX-XX-0631 of C.A., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 10
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

Between on or about August 26, 2012 and August 31, 2012, the exact date being unknown to the Grand Jury, in St. Lucie County, Broward County, and other locations in the Southern District of Florida, and elsewhere, the defendants,

**BRANDON JEROME JAMES, and
LARON LANECE LARKIN,**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing and retaining with the intent to convert to their own use and gain a thing of value of the United States and of a department and agency thereof the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund issued by the Internal Revenue Service, knowing the refund to have been embezzled, stolen, purloined and converted as set forth above in Count 5, did knowingly transfer, possess and use without lawful authority, the means of identification of another person, namely the name and social security number XXX-XX-6474 of A.P., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 11
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

Between on or about August 26, 2012 and August 31, 2012, the exact date being unknown to the Grand Jury, in Indian River County, Broward County, and other locations in the

Southern District of Florida, and elsewhere, the defendants,

**BRANDON JEROME JAMES, and
LARON LANECE LARKIN,**

during and in relation to a felony violation of Title 18, United States Code, Section 641, that is, knowingly receiving, concealing and retaining with the intent to convert to their own use and gain a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, a United States Department of Treasury tax refund issued by the Internal Revenue Service, knowing the refund to have been embezzled, stolen, purloined and converted as set forth above in Count 6, did knowingly transfer, possess and use without lawful authority the means of identification of another person, namely the name and social security number XXX-XX-3947 of C.H., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **CRIMINAL FORFEITURE**

Upon conviction of any of the violations alleged in Counts 1 through 6 of this Indictment, defendants BRANDON JEROME JAMES and LARON LANECE LARKIN shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violations including, but not limited to the following:

(a) a money judgment in the amount of $43,434.08 which represents the proceeds obtained by the defendants.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

(1) cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with a third person;

(3)  has been placed beyond the jurisdiction of the Court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.  All pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

BRANDON JEROME JAMES, and
LARON LANECE LARKIN,
                    Defendants.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

____ Miami     ____ Key West
____ FTL   _X_ WPB     ____ FTP

New Defendant(s)            Yes ____  No ____
Number of New Defendants    ____
Total number of counts      ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                        (Check only one)

   I    0 to 5 days      _X_          Petty     ____
   II   6 to 10 days     ____         Minor     ____
   III  11 to 20 days    ____         Misdem.   ____
   IV   21 to 60 days    ____         Felony    _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_  (Sr.)
   If yes:
   Magistrate Case No.              ~~n/a~~ 13-8167-DLB
   Related Miscellaneous numbers:   n/a
   Defendant(s) in federal custody as of   n/a
   Defendant(s) in state custody as of     n/a
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes  _X_ No


                              _____
                              STEPHEN CARLTON
                              ASSISTANT UNITED STATES ATTORNEY
                              Admin No. A5500011

*Penalty Sheet(s) attached                                            REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: **BRANDON JEROME JAMES**

Case No. _____

Count # 1:
    18 USC § 371

    Conspiracy to steal government funds

*Max. Penalty: 5 years' Imprisonment; $250,000 Fine; 3 years' supervised release; restitution

Counts 2-6:
    18 USC § 641

    Theft of government funds in excess of $1,000

*Max. Penalty: 10 years' Imprisonment; $250,000 Fine; 3 years' supervised release; restitution

Counts 7-11:
    18 USC § 1028A(a)(1)

    Aggravated identity theft

*Max. Penalty: 2 years' consecutive to any other sentence; $250,000 Fine; 1 year supervised release

Count:

*Max. Penalty:

Count:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  LARON LANECE LARKIN

Case No. _____

Count # 1:
18 USC § 371

Conspiracy to steal government funds

*Max. Penalty: 5 years' Imprisonment; $250,000 Fine; 3 years' supervised release; restitution

Counts 2-6:
18 USC § 641

Theft of government funds in excess of $1,000

*Max. Penalty: 10 years' Imprisonment; $250,000 Fine; 3 years' supervised release; restitution

Counts 7-11:
18 USC § 1028A(a)(1)

Aggravated identity theft

*Max. Penalty: 2 years' consecutive to any other sentence; $250,000 Fine; 1 year supervised release

Count:

*Max. Penalty:

Count:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96